# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   THORNTON ELLIOTT　　　　　　　　§　　　Case No.: 09-00339
　　　　　ROSETTA ELLIOTT　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　　§
　　　　　Debtor(s)　　　　　　　　　　　　§

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/07/2009.

2) This case was confirmed on 04/08/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 04/08/2009, 04/29/2009, 08/18/2010.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 07/26/2011.

5) The case was dismissed on 08/17/2011.

6) Number of months from filing to the last payment: 26

7) Number of months case was pending: 35

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $ 47,650.00

10) Amount of unsecured claims discharged without payment $     .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

| **Receipts:** | |
|---|---:|
| Total paid by or on behalf of the debtor | $ 33,149.57 |
| Less amount refunded to debtor | $ 129.74 |
| **NET RECEIPTS** | $ 33,019.83 |

| **Expenses of Administration:** | |
|---|---:|
| Attorney's Fees Paid through the Plan | $ 998.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 2,195.27 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 3,193.27 |
| Attorney fees paid and disclosed by debtor | $ 2,502.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CAPITAL ONE AUTO FIN | SECURED | 7,800.00 | 13,000.00 | 13,000.00 | 6,049.04 | 1,383.32 |
| CAPITAL ONE AUTO FIN | UNSECURED | 5,200.00 | 3,457.08 | 3,457.08 | 345.71 | .00 |
| CAPITAL ONE AUTO FIN | OTHER | .00 | NA | NA | .00 | .00 |
| CAPITAL ONE FINANCE | OTHER | .00 | NA | NA | .00 | .00 |
| JPMC SPECIALITY MORT | SECURED | 177,771.72 | 178,198.66 | .00 | .00 | .00 |
| JPMC SPECIALITY MORT | SECURED | NA | 51,291.11 | 12,468.00 | 12,468.00 | .00 |
| CHASE HOME FINANCE | OTHER | .00 | NA | NA | .00 | .00 |
| CHASE HOME FINANCE L | OTHER | .00 | NA | NA | .00 | .00 |
| CHASE HOME MORTGAGES | OTHER | .00 | NA | NA | .00 | .00 |
| CHASE MORTGAGE COMPA | OTHER | .00 | NA | NA | .00 | .00 |
| GREAT AMERICAN FINAN | SECURED | 500.00 | 500.00 | 500.00 | 244.20 | 33.98 |
| GREAT AMERICAN FINAN | UNSECURED | 1,700.00 | 2,682.17 | 2,682.17 | 268.22 | .00 |
| GREAT AMERICAN FINAN | OTHER | .00 | NA | NA | .00 | .00 |
| WELLS FARGO AUTO FIN | SECURED | 1,400.00 | .00 | 1,400.00 | 749.02 | 136.83 |
| WELLS FARGO | OTHER | .00 | NA | NA | .00 | .00 |
| WELLS FARGO FINANCIA | OTHER | .00 | NA | NA | .00 | .00 |
| A ALL FINANCIAL SERV | UNSECURED | 1,859.23 | 1,521.94 | 1,521.94 | 152.19 | .00 |
| AAA CHECKMATE | UNSECURED | 625.00 | 1,407.21 | 1,407.21 | 140.72 | .00 |
| AAA CHECKMATE | OTHER | .00 | NA | NA | .00 | .00 |
| CINGULAR | UNSECURED | 165.00 | NA | NA | .00 | .00 |
| AFNI | OTHER | .00 | NA | NA | .00 | .00 |
| AFNI | UNSECURED | .00 | NA | NA | .00 | .00 |
| AMERICAN GENERAL FIN | UNSECURED | 3,238.02 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICAN MESSAGING | UNSECURED | 26.95 | NA | NA | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | 986.19 | 986.19 | 986.19 | 98.62 | .00 |
| AMERICASH LOANS LLC | UNSECURED | 326.50 | 871.50 | 871.50 | 87.15 | .00 |
| AMERICASH LOANS LLC | OTHER | .00 | NA | NA | .00 | .00 |
| ASPIRE | UNSECURED | 1,076.68 | NA | NA | .00 | .00 |
| BROTHER LOAN & FINAN | UNSECURED | 658.53 | 1,408.51 | 1,408.51 | 140.85 | .00 |
| BURNS INTERNATIONAL | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| BURNS INTERNATIONAL | OTHER | .00 | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | 769.68 | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | 464.54 | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | 265.69 | NA | NA | .00 | .00 |
| CARSON PIRIE SCOTT | OTHER | .00 | NA | NA | .00 | .00 |
| CARSON PIRIE SCOTT | OTHER | .00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 1,131.00 | 1,131.85 | 1,131.85 | 113.19 | .00 |
| CITIBANK USA | OTHER | .00 | NA | NA | .00 | .00 |
| CITI FINANCIAL | OTHER | .00 | NA | NA | .00 | .00 |
| CITIFINANCIAL | OTHER | .00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 1,135.83 | 1,090.00 | 1,090.00 | 109.00 | .00 |
| CITY OF CHICAGO DEPT | OTHER | .00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO PARK | OTHER | .00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | OTHER | .00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | OTHER | .00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO BURE | OTHER | .00 | NA | NA | .00 | .00 |
| SBC WIRELESS COMM | UNSECURED | 378.00 | NA | NA | .00 | .00 |
| COLLECTION COMPANY O | OTHER | .00 | NA | NA | .00 | .00 |
| COLUMBUS BANK & TRUS | UNSECURED | 1,053.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 123.00 | NA | NA | .00 | .00 |
| COMCAST | OTHER | .00 | NA | NA | .00 | .00 |
| COMCAST | OTHER | .00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 150.00 | 626.28 | 626.28 | 62.63 | .00 |
| BETHANY HOSPITAL | UNSECURED | 227.00 | NA | NA | .00 | .00 |
| CREDITORS DISCOUNT & | OTHER | .00 | NA | NA | .00 | .00 |
| STONE PARK POLICE DE | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| DEPENDON COLLECTION | OTHER | .00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 223.63 | 223.63 | 223.63 | 22.36 | .00 |
| ECAST SETTLEMENT COR | OTHER | .00 | NA | NA | .00 | .00 |
| EXXON/MOBIL | OTHER | .00 | NA | NA | .00 | .00 |
| FC & A | UNSECURED | 37.00 | NA | NA | .00 | .00 |
| FC & A | OTHER | .00 | NA | NA | .00 | .00 |
| FINGERHUT | UNSECURED | 468.10 | NA | NA | .00 | .00 |
| FINGERHUT CORP | OTHER | .00 | NA | NA | .00 | .00 |
| FNBM/CREDIT ONE BANK | UNSECURED | 835.00 | NA | NA | .00 | .00 |
| JEWEL FOOD STORES | UNSECURED | 165.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| HSBC NV | UNSECURED | 12,772.00 | NA | NA | .00 | .00 |
| HSBC NV | OTHER | .00 | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF TRA | UNSECURED | 8,000.00 | NA | NA | .00 | .00 |
| WEST SUBURBAN MEDICA | UNSECURED | 55.00 | NA | NA | .00 | .00 |
| ILLINOIS COLLECTION | OTHER | .00 | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF REV | UNSECURED | 500.00 | 618.19 | 618.19 | 61.82 | .00 |
| ILLINOIS DEPT OF REV | OTHER | .00 | NA | NA | .00 | .00 |
| ILLINOIS LENDING COR | UNSECURED | 2,500.00 | 1,960.86 | 1,960.86 | 196.09 | .00 |
| ILLINOIS TOLLWAY AUT | UNSECURED | 62.00 | NA | NA | .00 | .00 |
| ILLINOIS TOLLWAY | OTHER | .00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | 10,000.00 | 2,780.93 | 2,780.93 | 278.09 | .00 |
| ISAC | OTHER | .00 | NA | NA | .00 | .00 |
| JC PENNEY | UNSECURED | 58.50 | NA | NA | .00 | .00 |
| JC PENNY | OTHER | .00 | NA | NA | .00 | .00 |
| VYRIDIAN REVENUE MAN | UNSECURED | 15.00 | NA | NA | .00 | .00 |
| MARQUETTE CONSUMER F | UNSECURED | 11,439.00 | NA | NA | .00 | .00 |
| MARTHA STOCKDALE | UNSECURED | 3,993.05 | NA | NA | .00 | .00 |
| MARTHA STOCKDALE | OTHER | .00 | NA | NA | .00 | .00 |
| MIDNIGHT VELVET | UNSECURED | 207.19 | 207.19 | 207.19 | 20.72 | .00 |
| MIDNIGHT VELVET | OTHER | .00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 1,863.00 | 2,727.78 | 2,727.78 | 272.78 | .00 |
| NICOR GAS | OTHER | .00 | NA | NA | .00 | .00 |
| OAK PARK HOSPITAL | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| OAK PARK HOSPITAL | OTHER | .00 | NA | NA | .00 | .00 |
| PLS FINANCIAL SVCS I | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| QUEST DIAGNOSTICS | UNSECURED | 138.00 | NA | NA | .00 | .00 |
| QUEST DIAGNOSTICS | OTHER | .00 | NA | NA | .00 | .00 |
| RESURRECTION HEALTH | UNSECURED | 280.00 | NA | NA | .00 | .00 |
| MCSI/RMI | UNSECURED | 500.00 | 500.00 | 500.00 | 50.00 | .00 |
| MCSI/RMI | OTHER | .00 | NA | NA | .00 | .00 |
| VILLAGE OF BELLWOOD | OTHER | .00 | NA | NA | .00 | .00 |
| RUSH OAK PARK HOSPIT | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MEDI | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| SENEX SERVICES CORP | UNSECURED | 25.00 | NA | NA | .00 | .00 |
| SUPERIOR AIR GROUND | UNSECURED | 506.62 | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 14,235.92 | 16,136.75 | 16,136.75 | 1,613.68 | .00 |
| DIRECT LOAN SERVICIN | OTHER | .00 | NA | NA | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | 1,301.74 | 3,007.13 | 3,007.13 | 300.71 | .00 |
| VERIZON WIRELESS | OTHER | .00 | NA | NA | .00 | .00 |
| VERIZON WIRELESS | OTHER | .00 | NA | NA | .00 | .00 |
| MCSI/RMI | UNSECURED | 600.00 | 500.00 | 500.00 | 50.00 | .00 |
| VILLAGE OF BROADVIEW | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| VILLAGE OF FOREST PA | UNSECURED | 250.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| VILLAGE OF MELROSE P | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| VILLAGE OF OAK PARK | UNSECURED | 350.00 | NA | NA | .00 | .00 |
| WASHINGTON MUTUAL PR | UNSECURED | 974.00 | NA | NA | .00 | .00 |
| WASHINGTON MUTUAL | OTHER | .00 | NA | NA | .00 | .00 |
| AT & T | UNSECURED | 97.00 | NA | NA | .00 | .00 |
| WEST ASSET MANAGEMEN | OTHER | .00 | NA | NA | .00 | .00 |
| WEST SUBURBAN EYE AS | UNSECURED | 170.00 | NA | NA | .00 | .00 |
| WEST SUBURBAN HEALTH | UNSECURED | 47.00 | NA | NA | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 614.00 | 659.55 | 659.55 | 65.96 | .00 |
| WORLD FINANCIAL NETW | UNSECURED | 659.55 | NA | NA | .00 | .00 |
| JPMC SPECIALTY MORTG | OTHER | NA | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | SECURED | NA | 7,693.26 | 7,693.26 | 4,090.80 | .00 |
| INTERNAL REVENUE SER | PRIORITY | NA | .00 | .00 | .00 | .00 |
| MCSI/RMI | UNSECURED | NA | 200.00 | 200.00 | 20.00 | .00 |
| CHASE HOME FINANCE | OTHER | NA | NA | NA | .00 | .00 |
| LEDFORD & WU | PRIORITY | NA | .00 | 200.88 | 200.88 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
===========================================================================
 Summary of Disbursements to Creditors:

                                          Claim         Principal        Int.
                                         Allowed         Paid            Paid
 Secured Payments:
     Mortgage Ongoing                        .00           .00            .00
     Mortgage Arrearage               12,468.00     12,468.00             .00
     Debt Secured by Vehicle          14,400.00      6,798.06        1,520.15
     All Other Secured                 8,193.26      4,335.00           33.98
 TOTAL SECURED:                       35,061.26     23,601.06        1,554.13

 Priority Unsecured Payments:
     Domestic Support Arrearage            .00            .00             .00
     Domestic Support Ongoing              .00            .00             .00
     All Other Priority                 200.88         200.88             .00
 TOTAL PRIORITY:                        200.88         200.88             .00

 GENERAL UNSECURED PAYMENTS:         44,704.74       4,470.49             .00
===========================================================================
```

```
===========================================================================
 Disbursements:

     Expenses of Administration       $     3,193.27
     Disbursements to Creditors       $    29,826.56

 TOTAL DISBURSEMENTS:                                 $    33,019.83
===========================================================================
```

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   12/07/2011                         /s/ Tom Vaughn
                                            Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**